# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **JOHN CARTWRIGHT** | **CIVIL ACTION NO. 17-1299** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **SAMMY BYRD, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that Plaintiff John Cartwright's Motion to Recuse the Magistrate Judge [Doc. No. 14] is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's civil rights Complaint [Doc. Nos. 1, 6, 8] is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Appoint Counsel and Motion to Subpoena various documents and records [Doc. Nos. 14, 16, 17] are **DENIED AS MOOT**.

**MONROE**, **LOUISIANA**, this 25th day of April, 2017.

                                             **TERRY A. DOUGHTY**
                                           **UNITED STATES DISTRICT JUDGE**